FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 17 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

Anthony Hunt                                                           PLAINTIFF

Vs.                     CASE NO. 4:06CV026JMM

Union Pacific Railroad                                                 DEFENDANT

## ORDER

Plaintiff having been granted leave of court to proceed in forma pauperis,

IT IS ORDERED THAT, pursuant to Rule 4(c)(iii) of the Federal Rules of Civil Procedure, the U. S. Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the defendant(s) in this action.

The Marshal shall serve a summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedures.

DATED this 17 day of Jan, 2006

_____
UNITED STATES DISTRICT JUDGE