IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTHONY HUNT**                                                                                       **PLAINTIFF**

V.                                                  **4:06CV00026JMM**

**UNION PACIFIC RAILROAD**                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on September 11, 2007, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 12th day of September 2007.

                                                              James M. Moody
                                                             United States District Judge