IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY HUNT                                                            PLAINTIFF

VS.                                4:06CV00026 JMM

UNION PACIFIC RAILROAD                           DEFENDANT

## ORDER

Pending before the Court is the Application of Christopher R. Heil of the Brad Hendricks Law Firm for the reimbursement of out-of-pocket expenses. (Docket # 81).  Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of $2,626.67 and distribute it to the Brad Hendricks Law Firm.  A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 24th  day of September, 2007.

_____
James M. Moody
United States District Judge